IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**ADELE STUKAS, et al.,**

       **Plaintiffs,**

v.                                  **Civil Action Number** 2:13-cv-019841

**BOSTON SCIENTIFIC CORPORATION,**

       **Defendant.**

**TRANSFER ORDER**

This case was directly filed in the United States District Court for the Southern District of West Virginia and is related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the Judicial Panel on Multidistrict Litigation and totaling over 100,000 cases since inception.[1] Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, only a handful remain.

For the convenience of the parties and in order to promote the final resolution of this case, it appears to the court that the case would be more expeditiously concluded in the venue from which it arose, the Northern District of Illinois. The *pro se* plaintiffs reside there, and plaintiff Adele Stukas underwent surgery in the Northern District of Illinois.

Accordingly, pursuant to 28 U.S.C. § 1404(a), it is **ORDERED** that on **December 29, 2020** (14 days after the entry of the order) (hereinafter the "Transfer Date") to the extent this case

---

[1] Plaintiffs originally filed the case in the Ethicon MDL, naming Ethicon, Inc. and others. The Ethicon defendants have since been dismissed, and Boston Scientific Corporation is the only remaining defendant.

is still pending, it shall be transferred to the United States District Court identified above. On or before **December 28, 2020** (13 days after the date of entry of the order), the parties are **ORDERED** to confer and counsel for BSC is **ORDERED** to file all documents from the main MDL (MDL 2326 or 2327) that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, BSC is directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment). If pending on the Transfer Date, the case shall be transferred, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of the individual case will transfer to the receiving court, it is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract this case and transfer it to the Northern District of Illinois. After transfer, the Clerk is **DIRECTED** to formally close the case and strike it from the docket of this court.

The court further **DIRECTS** that a copy of this order be filed in this case and sent to counsel of record or any unrepresented party.

ENTER: December 15, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE